UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CAROLINE JONES

   Plaintiff,

vs.

THE COLUMNS HOTEL, INC.,

   Defendant.
_____/

CASE NO.: 2:12-cv-2391

Demand for Jury Trial

## **COMPLAINT**

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1967, 42 U.S.C. § 2000e, *et seq.,* to remedy discrimination on the basis of race.

2. This Court has jurisdiction over Plaintiff's federal law claims pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(4) and 42 U.S.C. §2000e-5(f)(3).

3. Venue is proper in this district, pursuant to 28 U.S.C. § 1391 (b) and (c), because both parties reside in this district and the allegations contained herein occurred within this district.

4. All administrative remedies have been exhausted before filing this Complaint.

5. The EEOC issued its Dismissal and Notice of Rights (to sue) on July 31, 2012 and this action is timely commenced.

### **Parties**

6. Plaintiff is a resident of New Orleans, Orleans Parish, Louisiana and is and African American female, who, at all times relevant hereto, was an employee of Defendant.

7. Defendant is a domestic corporation authorized to do business in this state, with its principal place of business in New Orleans, Orleans Parish, Louisiana.

8. At all times relevant hereto, Defendant was an employer as defined by Title VII of the Civil Rights Act of 1967.

**Factual Background**

9. From approximately March 26, 2007 to September 15, 2010, Plaintiff was employed by Defendant as a cook and chef's assistant.

10. Until approximately March 2010, Plaintiff's immediate supervisor was an African American chef.

11. In approximately March 2010 Defendant replaced the African American chef with a Caucasian chef.

**COUNT I**

12. Plaintiff re-alleges each allegation contained in paragraphs 1 through 11, above.

13. On approximately September 15, 2012 Defendant, by and through the new chef, terminated Plaintiff from her employment and discriminated against because of her race.

**WHEREFORE**, Plaintiff respectfully requests judgment against Defendant as follows:
1. Declaring that Defendant's conduct has violated Plaintiff's rights as secured by Title VII of the Civil Rights Act of 1967.
2. Ordering that Defendant reinstate Plaintiff to her previous position, which she occupied before her discharge, together with all seniority, foregone promotions, and other benefits of employment necessary to place Plaintiff in the position she would have occupied but for Defendant's wrongful conduct.
3. Awarding special and punitive damages, back pay, unpaid wages and front pay.
4. Awarding a reasonable attorney's fee and the Plaintiff's costs in prosecuting this action.
5. Enjoining and permanently restraining the alleged violations of law.
6. Awarding such other equitable relief this Court deems just and proper.

s/Edward A. Doskey
Doskey Law, P.L.C.
Edward A. Doskey
Louisiana Bar No.: 30993
Attorney for Plaintiff
807 Howard Ave.
New Orleans, LA  70113
Phone:  (504) 684-4473
Fax:  (504) 234-2398
Email:  ed@doskeylaw.com